George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com

Attorneys for:
Producer-Writers Guild of America Pension Plan;
Board of Directors, Producer-Writers Guild of America Pension Plan;

Writers' Guild Industry Health Fund; and
Board of Trustees, Writers' Guild-Industry Health Fund

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**(WESTERN DIVISION)**

PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,

And,

WRITERS' GUILD-INDUSTRY HEALTH FUND; BOARD OF TRUSTEES OF THE WRITERS' GUILD-INDUSTRY HEALTH FUND

Plaintiffs,

v.

NEXTGEN PRODUCTION, LLP,

And,

ALEXANDER NEVSKY, an Individual and California Resident,

Defendants.

Case No.: 2:20-cv-01159 PA (Ex)

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NEXTGEN PRODUCTION, LLP PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Producer-Writers Guild of America Pension Plan and Board of Directors, Producer-Writers Guild of America Pension Plan, Writers Guild-Industry Health Fund and Board of Trustees, Writers' Guild-Industry Health Fund and their counsel of record hereby give notice that this action is voluntarily dismissed, without prejudice, **solely against Defendant NEXTGEN, LLP**. Nextgen, LLP has not filed a responsive pleading in this action. This notice of voluntarily dismissal applies **solely to Defendant NEXTGEN, LLP**.

The Plaintiffs are not voluntarily dismissing Alexander Nevsky, the other defendant in this action. *See Pedrina v. Chun*, 987 F.2d 608 (1993) (allowing Plaintiff to dismiss without Court order fewer than all named defendants under Rule 41(a)(1)).

June 16, 2020

KRAW LAW GROUP, APC

By: /s/Katherine McDonough
KATHERINE MCDONOUGH
*Counsel for Plaintiffs*