George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com

Attorneys for:
Producer-Writers Guild of America Pension Plan;
Board of Directors, Producer-Writers Guild of America Pension Plan;

Writers' Guild Industry Health Fund; and
Board of Trustees, Writers' Guild-Industry Health Fund

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**(WESTERN DIVISION)**

PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,

And,

WRITERS' GUILD-INDUSTRY HEALTH FUND; BOARD OF TRUSTEES OF THE WRITERS' GUILD-INDUSTRY HEALTH FUND

Plaintiffs,

v.

NEXTGEN RPODUCTION, LLP,

And,

ALEXANDER NEVSKY, an Individual and California Resident,

Defendants.

Case No.: 2:20-cv-01159 PA (Ex)

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. RULE 41(a)(1)(A)(ii)**

The parties hereto, by and through their undersigned counsel of record, hereby stipulate to the voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. RULE 41(a)(1)(A)(ii). The parties hereto are the only parties to have appeared in this action.

June 29, 2020

KRAW LAW GROUP, APC

By: /s/Katherine McDonough
KATHERINE MCDONOUGH
*Counsel for Plaintiffs*

June 26, 2020

VALENSI ROSE, PLC.

By: /s/ Joseph S. Fishbach
JOSEPH S. FISCHBACH
*Counsel for Defendant Alexander Nevsky*

ATTESTATION

I, Katherine McDonough, attest that the signatory Joseph S. Fischbach has read and approved the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE and has consented to its filing in this action.